# United States District Court

## Northern District of Illinois

Eastern Division

Alloc Inc., et al.                                **JUDGMENT IN A CIVIL CASE**

       v.                                        Case Number: 06 C 285

Empire Home Services

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that this case is hereby transferred to the United States District Court for the Eastern District of Wisconsin.




                                        Michael W. Dobbins, Clerk of Court

Date: 5/23/2006                    /s/ Sandra L. Brooks, Deputy Clerk